**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EMILY NEVETT and BONNIE NOBLE, on behalf of themselves and all other similarly situated individuals,

Plaintiffs,

v.

RENOWN HEALTH, and DOES 1 through 50, inclusive,

Defendants.

Case No. 3:21-cv-00319-RCJ-WGC

**ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' OPPOSITION AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

**[FIRST REQUEST]**

Plaintiffs EMILY NEVETT and BONNIE NOBLE ("Plaintiffs") and Defendant RENOWN HEALTH ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend the deadlines for the opposition and reply to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 13) by three weeks. Plaintiffs' opposition is currently due on or before September 22, 2021, and the parties stipulate to extend the deadline up to and including, **October 13, 2021.** If this extension is approved by the Court, Defendant's reply would then be due

on or before October 20, 2021. *See* Local Rule 7-2(b). The parties further stipulate to extend the deadline for Defendant to file its reply up to and including **November 10, 2021.**

This is the first request for an extension of time for the parties to file an opposition and reply to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. The requested extension is necessary in light of counsels' current workloads and also due to the evacuation of Plaintiff's counsel from his home and Tahoe office due to the Caldor fire. This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extensions.

Dated: September 13, 2021

Respectfully submitted,

*/s/ Joshua D. Buck*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiffs*
EMILY NEVETT and BONNIE NOBLE

Dated: September 13, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson*
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
RENOWN HEALTH

**IT IS SO ORDERED.**

Dated: September 13, 2021.

UNITED STATES DISTRICT JUDGE