MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: mpaek@littler.com
           edthomas@littler.com
           ddickinson@littler.com
           ekim@littler.com

*Attorneys for Defendant*
RENOWN HEALTH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY NEVETT and BONNIE NOBLE, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN HEALTH, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00319-RCJ-WGC<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT'S OPPOSITION AND PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. §216(b)**<br><br>**[FIRST REQUEST]** |

Plaintiffs EMILY NEVETT and BONNIE NOBLE ("Plaintiffs") and Defendant RENOWN HEALTH ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend the deadlines for the opposition and reply to Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C. §216(b) (ECF No. 17) by two weeks. Defendant's opposition is currently due on or before October 27, 2021, and the parties stipulate to extend the deadline up to and including, **November 10, 2021.** If this extension is approved by the Court, Plaintiffs' reply would

then be due on or before November 17, 2021. *See* Local Rule 7-2(b). The parties further stipulate to extend the deadline for Plaintiffs to file their reply up to and including **November 24, 2021.**

This is the first request for an extension of time for the parties to file an opposition and reply to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. §216(b). The requested extension is necessary in light of counsels' current workloads. This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extensions.

Dated:  October 14, 2021                          Dated:  October 14, 2021

 Respectfully submitted,                           Respectfully submitted,


*/s/ Joshua D. Buck*                              */s/ Emil S. Kim*
MARK R. THIERMAN, ESQ.                            MONTGOMERY Y. PAEK, ESQ.
JOSHUA D. BUCK, ESQ.                              ETHAN D. THOMAS, ESQ.
LEAH L. JONES, ESQ.                               DIANA G. DICKINSON, ESQ.
JOSHUA R. HENDRICKSON, ESQ.                       EMIL S. KIM, ESQ.
THIERMAN BUCK LLP                                 LITTLER MENDELSON, P.C.

*Attorneys for Plaintiffs*                        *Attorneys for Defendant*
EMILY NEVETT and BONNIE NOBLE                     RENOWN HEALTH


**IT IS SO ORDERED.**

Dated:  October 15, 2021.


_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

4833-2027-3663.1 / 082204-1057