1    MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
     ETHAN D. THOMAS, ESQ., Bar No. 12874
2    DIANA G. DICKINSON, ESQ., Bar No. 13477
     EMIL S. KIM, ESQ., Bar No. 14894
3    LITTLER MENDELSON, P.C.
     3960 Howard Hughes Parkway
4    Suite 300
     Las Vegas, Nevada 89169.5937
5    Telephone:     702.862.8800
     Fax No.:      702.862.8811
6    Email: mpaek@littler.com
            edthomas@littler.com
7            ddickinson@littler.com
            ekim@littler.com
8

9    *Attorneys for Defendant*
     RENOWN HEALTH

10

                 **UNITED STATES DISTRICT COURT**

11

                   **DISTRICT OF NEVADA**

12

13   EMILY NEVETT and BONNIE NOBLE,      Case No. 3:21-cv-00319-RCJ-CSD
14   on behalf of themselves and all other
     similarly situated individuals,
15
                Plaintiffs,      **STIPULATION TO EXTEND THE**
16                              **DEADLINE FOR DEFENDANT'S**
         v.                            **RESPONSIVE PLEADING TO PLAINTIFFS'**
17                              **SECOND AMENDED COMPLAINT**
     RENOWN HEALTH, and DOES 1
18   through 50, inclusive,            **[FIRST REQUEST]**
19                  Defendants.
20

21        Plaintiffs EMILY NEVETT and BONNIE NOBLE (collectively "Plaintiffs"), and

22   Defendant RENOWN HEALTH ("Defendant"), by and through their respective counsel of record,

23   hereby stipulate and request an order extending the time for Defendant to file a responsive pleading

24   with respect to Plaintiffs' Second Amended Complaint (ECF No. 39). Specifically, the parties

25   stipulate to extend the deadline by two weeks from the current deadline of June 10, 2022, up to and

26   including **June 24, 2022**.

27   / / /

28   / / /

1    This extension is requested and sought prior to the expiration of the deadline in question

2  and is needed to accommodate counsels' heavy workloads. This is the first extension requested

3  related to this deadline. The parties agree and represent to the Court that this request is made in

4  good faith and not for the purpose of delay.

5  Dated:  June 1, 2022                                Dated:  June 1, 2022

6
   Respectfully submitted,                            Respectfully submitted,
7

8
   */s/Joshua D. Buck*                                */s/ Emil S. Kim*
9  MARK R. THIERMAN, ESQ.                            MONTGOMERY Y. PAEK, ESQ.
   JOSHUA D. BUCK, ESQ.                              ETHAN D. THOMAS, ESQ.
10 LEAH L. JONES, ESQ.                               DIANA G. DICKINSON, ESQ.
   JOSHUA R. HENDRICKSON, ESQ.                       EMIL S. KIM, ESQ.
11 THIERMAN BUCK LLP                                 LITTLER MENDELSON, P.C.

12 *Attorneys for Plaintiffs*                         *Attorneys for Defendant*
   EMILY NEVETT and BONNIE NOBLE                     RENOWN HEALTH
13

14

15                                                   **IT IS SO ORDERED.**

16
                                                     Dated:  ___June 2_____, 2022.
17

18
                                                     _____
19
                                                     UNITED STATES MAGISTRATE JUDGE
20

21 4871-0454-1731.1 / 082204-1057

22

23

24

25

26

27

28