MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: mpaek@littler.com
            edthomas@littler.com
            ddickinson@littler.com
            ekim@littler.com

*Attorneys for Defendant*
RENOWN HEALTH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY NEVETT and BONNIE NOBLE, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN HEALTH, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00319-RCJ-CSD<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs EMILY NEVETT and BONNIE NOBLE (collectively "Plaintiffs"), and Defendant RENOWN HEALTH ("Defendant"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Defendant to file a responsive pleading with respect to Plaintiffs' Third Amended Complaint (ECF No. 46). Specifically, the parties stipulate to extend the deadline by three weeks from the current deadline of October 5, 2022, up to and including **October 26, 2022**.

/ / /

/ / /

This extension is requested and sought prior to the expiration of the deadline in question and is needed to accommodate counsels' heavy workloads. This is the first extension requested related to this deadline. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: September 28, 2022

Respectfully submitted,

/s/Joshua D. Buck, Esq.
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiffs*
EMILY NEVETT and BONNIE NOBLE

Dated: September 28, 2022

Respectfully submitted,

/s/ Emil S. Kim, Esq.
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
RENOWN HEALTH

**IT IS SO ORDERED.**

Dated: September 29, 2022.

_____
U.S. MAGISTRATE JUDGE

4867-6147-9221.1 / 082204-1057

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2