# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY NEVETT and BONNIE NOBLE, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN HEALTH, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00319-RCJ-CSD<br><br>ORDER ON<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs EMILY NEVETT and BONNIE NOBLE (collectively "Plaintiffs"), and Defendant RENOWN HEALTH ("Defendant"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Defendant to file its Reply brief in support of its Partial Motion to Dismiss the Third Amended Complaint (ECF No. 49). Specifically, the parties stipulate to extend the deadline by two weeks from the current deadline of November 16, 2022, up to and including **November 30, 2022**.

/ / /

/ / /

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

This extension is requested and sought prior to the expiration of the deadline in question and is needed to accommodate counsels' heavy workloads and the upcoming holidays. This is the first extension requested related to this deadline. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: November 10, 2022

Respectfully submitted,

*/s/ Joshua D. Buck*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiffs*
EMILY NEVETT and BONNIE NOBLE

Dated: November 10, 2022

Respectfully submitted,

*/s/ Emil S. Kim*
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
RENOWN HEALTH

**IT IS SO ORDERED.**

Dated: November 14, 2022.

_____
UNITED STATES DISTRICT JUDGE

4856-6438-4574.1 / 082204-1057

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2